| PROB 22 (Rev. 01/24) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | CR 18-00072LEK-01 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | 2:25-cr-00264-CDS-MDC-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| SIEGFRED SIERRA | District of Hawaii | Honolulu |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Leslie E. Kobayashi | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 08/02/2023 — TO 01/16/2028 |

☑ FILED  ___ RECEIVED
___ ENTERED  ___ SERVED ON
AUG 28 2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi DEPUTY

**OFFENSE**
Count 1: Conspiracy to Distribute and Possess With Intent to Distribute 50 Grams or More of Methamphetamine
21 U.S.C. §§ 841 and 846, Class A felony

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Sierra has no intentions of returning to Hawaii.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ___HAWAII___

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___DISTRICT OF NEVADA___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

August 27, 2025      */s/ Leslie E. Kobayashi*
*Date*      *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ___NEVADA___

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

September 3, 2025      */s/*
*Effective Date*      *United States District Judge*